UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY HODGKINS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:00-CV-1410 |
| BART PETERSON, *et al.*, | ) |
| Defendant. | ) |

**ORDER**

Come now plaintiffs, having filed their Motion to Dismiss Case Without Notice to the Class, and the Court having read the Motion, and being duly advised, finds that due to the change in the challenged ordinance this case should be dismissed and that due to this change it is appropriate to dispense with notice to the class, and,

IT IS THEREFORE ORDERED that this case is DISMISSED.

04/26/2006
Date

_____
John Daniel Tinder, Judge
United States District Court

cc:

Kenneth J. Falk
ACLU of Indiana
kfalk@aclu-in.org

Anthony W. Overholt
LOCKE REYNOLDS LLP
aoverholt@locke.com

Andrew J. Mallon
Office of Corporation Counsel
amallon@indygov.org